UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTINE RIORDAN, as administrator
of the estate of SEAN CHRISTOPHER
RIORDAN, deceased,

                Plaintiff

v.

ERIE COUNTY,
SHERIFF JOHN C. GARCIA,
CARRIE LUDWIG,
GODWILL FUHNWI,
KEVIN BUGMAN,
ROBERT CALLAWAY,
ANDREA CALECA,
LISA BADOWSKI,
AMIE ZINZOLA,
HENRY HUBER,
ERIC SACKS,
MIKE CARR,
HOLLY BRYANT,
DEPUTY JEFFREY YEATES,
DEPUTY ANDREW WAGNER,
DEPUTY SHANE MILLER,
SGT. JUSTIN BIEGAJ,
SGT. SHAUN MCLEOD,
JOHN DOES 1 through 10 (said Erie County
supervisor(s) and/or Erie County Sherif
Department supervisor(s) or employee(s) or
staff on Duty involved in the incident from June
1, 2022 to June 5, 2022 and underlying claims),

                Defendants
_____

**STIPULATION EXTENDING
TIME TO RESPOND TO
AMENDED COMPLAINT**

Case No. 1:23-cv-584-JLS-JJM

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Defendants, ERIE COUNTY,  SHERIFF JOHN C. GARCIA, CARRIE LUDWIG, GODWILL FUHNWI, KEVIN BUGMAN, ROBERT CALLAWAY, ANDREA CALECA, LISA BADOWSKI, AMIE ZINZOLA, HENRY HUBER, ERIC SACKS, MIKE CARR, HOLLY BRYANT,  DEPUTY JEFFREY YEATES, DEPUTY ANDREW WAGNER, DEPUTY SHANE MILLER, SGT. JUSTIN BIEGAJ, and SGT. SHAUN MCLEOD, to answer, move or otherwise respond to the Plaintiff's Amended Complaint in the above caption action is hereby extended, upon consent of the parties, up to and including November 29, 2024.

Dated: October 29, 2024

/s/ Melissa D. Wischerath, Esq.
By: Melissa D. Wischerath, Esq.
Lipsitz Green Scime Cambria, LLP
Attorneys for Plaintiff
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
(716) 849-1333
mwischerath@lglaw.com

/s/ Robert P. Goodwin, Esq.
By: Robert P. Goodwin, Esq.
Walsh Roberts & Grace, LLP
Attorneys for Defendants
400 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 856-1636
Rgoodwin@walshrobertsgrace.com

## <u>CERTIFICATE OF SERVICE</u>

      I, ROBERT P. GOODWIN, ESQ., hereby certify that on October 29, 2024, a true and correct copy of the foregoing Stipulation was served upon the Plaintiff by filing said Notice of Appearance with the Clerk, United States District Court, Western District of New York, using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Richard P. Weisbeck, Jr.
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
(716) 849-1333
rweisbeck@lglaw.com

Melissa D. Wischerath
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
(716) 849-1333
mwischerath@lglaw.com

DATED:    Buffalo, New York
           October 29, 2024

                                      Yours,

                                        WALSH, ROBERTS & GRACE

                                        /s/ Robert P. Goodwin
                                        By: Robert P. Goodwin, Esq.
                                        Attorneys for Defendants
                                        400 Rand Building
                                        14 Lafayette Square
                                        Buffalo, New York 14203
                                        (716) 856-1636
                                        (716) 856-1610 (facsimile)
                                        Rgoodwin@walshrobertsgrace.com